# United States District Court

FOR THE SOUTHERN DISTRICT OF TEXAS
**BROWNSVILLE** ~~~~~~~~~ DIVISION

<u>BALDEMAR ESPINOSA, J.R.</u>
<u>                PLAINTIFF,</u>
_____
_____

(Enter above the full name of the
plaintiff or plaintiffs in this
action.)

VS.

<u>WACKENHUT INC. CORP., WARDEN TONY PEREZ,</u>
<u>ASST. WARDEN RODRIGUEZ, ASST. WARDEN</u>
<u>MALMALEJO, MEDICAL DEPARTMENT OFFICIALS AND</u>
<u>UNIT CLASSIFICATIONS DEPT. OFFICIALS, ET. AL.,</u>
(Enter above the full name of the DEFENDANTS.
defendant or defendants in this
action.) "ALL SUED IN INDIVIDUAL
AND OFFICIAL CAPACITY"

FILED
SEP 13 1996
Michael N. Milby, Clerk

CIVIL ACTION NO. <u>B-96-160</u>

8th AMENDMENT - CRUEL AND
UNUSUAL PUNISHMENT

"PENDENT JURISDICTION"
(SEE ATTACHMENT)

<u>COMPLAINT FOR VIOLATION OF CIVIL RIGHTS PURSUANT TO 42 USC §1983</u>
(For Use in Prisoner Litigation)

NOTE: The Clerk will not file your complaint unless it conforms to these forms and the instructions for filing which you were provided. Consult the instructions as you prepare your complaint.

DO NOT leave blanks on these forms. If an item is not applicable, state so or write "N/A." Be aware that you may be subject to penalties or sanctions by the Court (such as dismissal and assessment costs) for perjury.

_____

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?
       Yes[✓] No[ ]

    B. Have you begun other lawsuits in state or federal court relating to your conditions of confinement?
       Yes[ ] No[✓]

    C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1. Parties to this previous lawsuit
          Plaintiffs: <u>BALDEMAR ESPINOSA, J.R.</u>

          Defendants: <u>JOHNNY DIAZ J.R. DONALD RAMIREZ AND THE CITY OF</u>
<u>PLEASANTON POLICE DEPARTMENT, ATASCOSA COUNTY SHERIFF</u>
<u>TOMMY WILLIAMS.</u>

Item C. 1. Continued

    2. Court (if federal court, name the district; if state court, name the county): U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (SAN ANTONIO DIVISION)

    3. Docket number: CIVIL CASE NO. # SA-96-CA-0206

    4. Name of judge to whom case was assigned: U.S. DISTRICT JUDGE: D.W. SUTTLE / U.S. MAGISTRATE: JOHN W. PRIMOMO

    5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) AS TO THIS DATE IS STILL PENDING

    6. Approximate date of filing lawsuit: MARCH 12, 1996

    7. Approximate date of disposition: STILL PENDING

Use additional page(s) for other lawsuits. Provide the same type of information as you did above for each.

II. PLACE OR INSTITUTION WHERE THIS COMPLAINT OCCURRED: WILLACY/CAMERON COUNTY UNIT, 1695 BUFFALO DRIVE, RAYMONDVILLE, TEXAS 78580, WACKENHUT CORR. FACILITY

    A. Is there a prisoner grievance procedure in this institution?
       Yes[X] No[ ] N/A[ ]

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
       Yes[ ] No[X]

    C. If your answer is YES:

       1. What steps did you take: N/A

       2. What was the result?

    D. If your answer is NO, explain why not: THE ISSUES PRESENTED IN THIS ACTION AND THE RELIEF PLAINTIFF IS SEEKING CANNOT BE LEGALLY RESOLVED THROUGH THE INMATE GRIEVANCE PROCEDURE.

    E. If you are an inmate in the Texas Department of Corrections and your complaint relates to your confinement there, have you interviewed with an attorney from the Inmate Legal Services Project of the State Bar of Texas?
       Yes[ ] No[X]

    F. If your answer is NO, explain why not: N/A

III. PARTIES TO THIS LAWSUIT

    A. Name of Plaintiff: BALDEMAR ESPINOSA, JR.
       Inmate Number: #576926
       Institution/Unit of Confinement: WILLACY/CAMERON COUNTY UNIT
       Address: WACKENHUT INC. CORP., 1695 BUFFALO DRIVE, RAYMONDVILLE, TEXAS 78580

    B. Additional Plaintiff(s) (if any). In this space, provide the same type of information as requested in "A" above.

    N/A

    C. Name of Defendant: WACKENHUT INC. CORP. ET. AL.
       Official Position (employed as): ___
       Place of Employment: ___
       Address for service: 1695 BUFFALO DRIVE, RAYMONDVILLE, TEXAS 78580

    D. Additional Defendants (if any):
       Name of Defendant: ___
       Official Position (employed as): SEE ATTACHMENT
       Place of Employment: ___
       Address for service: ___

       Name of Defendant: ___
       Official Position (employed as): SEE ATTACHMENT
       Place of Employment: SEE ATTACHMENT
       Address for service: ___

Use additional page to list other defendants. Provide the same type of information as you did above for each.

IV. STATEMENT OF CLAIM

    State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

SEE ATTACHMENT

Additional space for "Statement of Claim":

SEE ATTACHMENT

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1) DECLARATORY JUDGEMENT
2) SUMMARY JUDGEMENT
3) PUNITIVE DAMAGES
4) COMPENSATORY DAMAGES

VI. VERIFICATION (Must be provided by each plaintiff.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 1996.   _Baldemar Edwards Jr._
              (date)                  (Signature of Plaintiff)

ClibPDF - www.fastio.com

# "UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS"
## (BROWNSVILLE DIVISION)

| | |
|---|---|
| BALDEMAR ESPINOSA, JR. <br> PLAINTIFF | CIVIL ACTION NO. _____ |
| V. | |
| WACKENHUT INC. CORP., WARDEN TONY PEREZ, ASST. WARDEN RODRIGUEZ, ASST. WARDEN TORRANCE, MEDICAL DEPT. OFFICIALS, AND INVESTIGATION DEPT. OFFICIALS, ET AL, <br> DEFENDANTS | 8th AMENDMENT - CRUEL AND UNUSUAL PUNISHMENT <br><br> PENDENT JURISDICTION (SEE ATTACHMENT) |
| "ALL SUED INDIVIDUALLY AND IN OFFICIAL CAPACITY" | |

### PLAINTIFF'S ORIGINAL COMPLAINT FOR VIOLATION OF CIVIL RIGHTS PURSUANT TO 42 U.S.C. SECTION 1983

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES BALDEMAR ESPINOSA, JR., PLAINTIFF HEREIN PRO SE AND AN INMATE IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE - INSTITUTIONAL DIVISION WILLACY COUNTY UNIT AND FILES THIS SUIT BASED UPON THE VIOLATION OF HIS CIVIL RIGHTS PURSUANT TO SECTION 1983 OF THE UNITED STATES CODE TITLE 42, THE TEXAS TORT CLAIMS ACT FOUND AT THE TEXAS CIVIL PRACTICE AND REMEDIES CODE ANNOTATED § 101.001 ET SEQ., AND STATE'S INDEPENDENT TORT LAW. THE PENDENT JURISDICTION DOCTRINE AND AS GROUNDS THEREFORE, PLAINTIFF BALDEMAR ESPINOSA, JR. WOULD SHOW UNTO THE COURT THE FOLLOWING:

I.

1) THIS LAWSUIT ARISES OUT OF AN ACCIDENT WHICH OCCURRED ON THE EARLY MORNING HOURS OF JULY 5, 1996 IN WHICH PLAINTIFF BALDEMAR ESPINOSA, J.R., AN EPILEPTIC PATIENT WHILE ASLEEP FELL FROM HIS BUNK AND WENT INTO A PREVENTABLE SEIZURE IN WHICH HE REPEATEDLY BANGED HIS HEAD ON THE CONCRETE FLOOR. THE DEFENDANTS DANGEROUS AND NEGLIGENT ACTIONS RESULTED IN TEMPORARY AND PERMANENT PHYSICAL AND EMOTIONAL TRAUMA.

2) THE DEFENDANTS STATED HEREIN AND THEIR OFFICERS OF WILLACY COUNTY UNIT, WACKENHUT CORRECTIONAL FACILITY WERE MADE FULLY AWARE OF PLAINTIFFS MEDICAL NEEDS BUT WILLFULLY AND IN BAD FAITH, DELIBERATELY IGNORED EPILEPTICS MEDICAL CONDITION AND RESTRICTIONS. THE DEFENDANTS AS STATED, ARE CHARGED WITH NEGLIGENT INFLICTION OF MENTAL ANGUISH, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS AND CRUEL AND UNUSUAL PUNISHMENT IN VIOLATION OF PLAINTIFF 8th AMENDMENT, U.S. CONSTITUTIONAL RIGHTS.

II.

ON JULY 4 1996, BALDEMAR ESPINOSA J.R. WAS BEING RELEASED FROM ADMINIS-

TATIVE SEGREGATION, WAS TOLD BY OFFICERS CHA AND CAVAZOS THAT HIS NEW HOUSING ASSIGNMENT WOULD BE HOUSING BLOCK 1, ROOM B, BUNK #13. PLAINTIFF AT THIS TIME INFORMED THESE OFFICERS OF HIS MEDICAL CONDITION, "PARTIAL SEIZURES WITH TONIC-CLONIC MUSCULAR ACTIVITY" AND HIS "LOWER BUNK" RESTRICTION WHICH RESTRICTED THE PLAINTIFF TO BE HOUSED IN ONLY A "BOTTOM BUNK" FOR HEALTH AND SAFETY PRECAUTIONARY REASONS. THESE OFFICERS STATED THAT THEY WOULD HAVE TO CHECK INTO THIS WITH THE UNIT CLASSIFICATION AND MEDICAL DEPARTMENTS. SHIFT CHANGE OCCURED AND OFFICER GONZALEZ CAME ON DUTY BUT WAS NEVER INFORMED OF THIS SITUATION SO, UPON BEING RELEASED PLAINTIFF ONCE AGAIN EXPRESSED HIS DISSATISFACTION AND CONCERNS WITH HIS HOUSING ASSIGNMENT AND WAS TOLD BY OFFICER GONZALEZ TO GO STRAIGHT TO THE MEDICAL DEPARTMENT AND INFORM THEM. WHICH PLAINTIFF DID AND WAS TOLD BY OFFICER WASSEN THAT HE WOULD NEED TO PUT A REQUEST IN. PLAINTIFF NEVER RECIEVED ANY TYPE OF MEDICAL SCREENING OR EXAM UPON RE-ENTERING GENERAL POPULATION.

UPON ARRIVING AT HIS NEW HOUSING ASSIGNMENT THE PLAINTIFF HEREIN INFORMED OFFICER WHITLEY, WHO WAS WORKING THE HOUSING PICKET AREA ON THIS NIGHT IN QUESTION, OF HIS SITUATION AND AFTER A TELEPHONE CONVERSATION STATED THAT I WOULD HAVE TO SUBMIT A REQUEST FOR A "BOTTOM BUNK".

AT APPROXIMATELY 1:00 AM ON JULY 5, 1996, PLAINTIFF BALDEMAR ESPINOSA, JR., AN EPILEPTIC PATIENT WHILE ASLEEP FELL FROM HIS BUNK AND WENT INTO A SEIZURE IN WHICH THE PLAINTIFF HEREIN SUFFERED PHYSICAL AND EMOTIONAL TRAUMA. SCENE IT WAS OFFICERS BURKETT, BRYANT, BARRIENTOS, AND SERGEANT PRUNE IN ASSISTED AIDE AND TRANSFERRAL CONSENT TO TRANSPORTING PLAINTIFF TO THE MEDICAL DEPARTMENT WHERE HE WAS OBTAINED OVERNIGHT AND AWOKE THE NEXT MORNING IN SUFFERING OF PAIN IN HIS HEAD, BACK AND SHOULDER.

### III.

THE DEFENDANTS HEREIN WERE NEGLIGENT AND DELIBERATELY INDIFFERENT TO PLAINTIFF' SERIOUS MEDICAL CONDITION AND NEEDS IN WHICH A RECKLESS DISREGARD TO PLAINTIFFS SAFETY AND CONSTITUTIONAL RIGHTS WERE SHOWN BY THE SYSTEM OR COMBINATION OF ACTIONS THAT WERE APPLIED BY THESE NUMEROUS OFFICIALS AND WAS NOT OBJECTIVELY REASONABLE, IN WHICH RESULTED INTO UNNECESSARY AND WANTON INFLICTION OF PAIN AND SUFFERING.

### IV.

MALTREATMENT OR A REFUSAL TO PROVIDE ESSENTIAL CARE VIOLATES THE 8TH AMENDMENT OF THE U.S. CONSTITUTION. A SERIOUS HANDICAP OR DISABILITY, EPILEPSY IS A SERIOUS MEDICAL NEED UNDER THE LAW. THE PLACEMENT OF AN EPILEPTIC PRISONER ON A "TOP BUNK" WHILE PRISONER IS MEDICALLY RESTRICTED TO A "BOTTOM BUNK" AND EPILEPTIC PRISONER INFORMING CORRECTIONAL OFFICIALS WHO REFUSED TO TAKE PRECAUTIONARY STEPS TO SECURE EPILEPTICS PRISONERS HEALTH AND SAFETY CONSTITUTES DELIBERATE INDIFFERANCE. A "TOP BUNK" THAT MAY BE FINE FOR MOST PRISONERS IS INADEQUATE FOR A KNOWN EPILEPTIC WHO IS SUBJECT TO SEIZURES BECAUSE OF THE RISK OF INJURY IT PRESENTS.

### V.

THUS PLACING AN EPILEPTIC PRISONER IN SUCH A DANGEROUS SITUATION WHICH INFLICTED NEEDLESS PAIN AND SUFFERING AND PLACED EPILEPTICS HEALTH AT GRAVE RISKS, IS THE NORMAL AND LEGAL EQUIVALENT OF INFLICTING SUCH SUFFERING, WHICH WAS POINTLESSLY CRUEL AND DID NOT SERVE ANY "PENALOGICAL PURPOSES". IT IS CRUEL TO IGNORE A PRISONERS SERIOUS MEDICAL NEEDS AND

THE DEFENDANTS AS TEC HEREIN WERE EITHER DELIBERATE INDIFFRENT OR INTENDED TO PUNISH THE PLAINTIFF.

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF BALDEMAR ESPINOSA, J.R. PRAYS THAT THIS COURT ALLOWS HIM TO FILE THIS HIS ORIGINAL COMPLAINT PRO-SE, IN-FORMA PAUPERIS AND GRANT UNTO THE PLAINTIFF A DECLARATORY JUDGEMENT EN-JOINING SAID DEFENDANTS FROM FURTHER VIOLATIONS OF PLAINTIFFS CONSTITU-TIONAL RIGHTS. A SUMMARY JUDGEMENT DECLARING THE VIOLATION OF PLAIN-TIFFS RIGHTS AS SET FORTH IN FOREGOING PETITION INCLUDING COMPENSATORY AND PUNITIVE DAMAGES AND FOR SUCH OTHER AND FURTHER RELIEF TO WHICH PLAINTIFF MAY BE ENTITLED TO, PLAINTIFF FOREVER PRAYS

"ATTACHMENT § 1983 PENDENT JURISDICTION DOCTRINE"

PLAINTIFF INVOKES THIS COURTS PENDENT JURISDICTION AND RELIES ON THE PROVISIONS OF THE TEXAS PENAL CODE CHAPTER #39, THE TEXAS TORT CLAIMS ACT, FOUND AT TEXAS CIVIL PRACTICE AND REMEDIES CODE ANNOTATED, CHAPTER #101 AND 42 UNITED STATES CODE § 1983. JOINED UNDER THE PENDENT JURISDIC-TION DOCTRINE TO SUSTAIN HIS CLAIMS THAT THE DEFENDANTS STATED HERE-IN ARE GUILTY AND LIABLE AS A MATTER OF LAW.

PLAINTIFF FURTHER INVOKES THIS COURTS JURISDICTION IN ACCORD WITH THE FIRST, FOURTH, EIGHTH, NINTH AND FOURTEENTH AMENDMENTS OF THE UNITED STATES CONSTITUTION.

PLAINTIFF CLAIMS DEFENDANTS VIOLATED HIS CONSTITUTIONAL RIGHTS AND ALLEGES PENDENT STATE TORT LAW CLAIMS AS WELL AND SEEKS DECLARATORY IN JUNCTIVE AND MONETARY RELIEF AS PLAINTIFF HAS NO OTHER ADEQUATE AND EQUITABLE REMEDY AT LAW.

THE DEFENDANTS STATED HEREIN AND THEIR OFFICIALS ARE CHARGED WITH CRUEL AND UNUSUAL PUNISHMENT, NEGLIGENT INFLICTION OF MENTAL AN-GUISH AND NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS.

RESPECTFULLY SUBMITTED,

*Baldemar Espinosa Jr.*

BALDEMAR ESPINOSA, J.R.
#576926
WACKENHUT CORRECTIONAL
FACILITY
WILLACY COUNTY UNIT
1695 BUFFALO DRIVE
RAYMONDVILLE, TEXAS
78580