UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(BROWNSVILLE DIVISION)

|  |  |  |
|---|---|---|
| BALDEMAR ESPINOSA, J.R. <br> PLAINTIFF, | X <br> X <br> X | CIVIL ACTION NO. <br> **B-96-160** |
| V. | X |  |
| WACKENHUT INC. CORP., WARDEN TONY PEREZ, ASST. WARDEN RODRIGUEZ, ASST. WARDEN MARMALEJO, MEDICAL DEPT. OFFICIALS AND UNIT CLASSIFICATIONS DEPT. OFFICIALS, ET. AL., <br> DEFENDANTS. | X <br> X <br> X <br> X | 8th AMENDMENT - CRUEL AND UNUSUAL PUNISHMENT "PENDENT JURISDICTION" (SEE ATTACHMENT) |

United States District Court
FILED
SEP 13 1996
Michael N. Milby, Clerk

## "MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS"

TO THE HONORABLE JUDGE OF SAID COURT,

COMES NOW, BALDEMAR ESPINOSA, J.R., PRO-SE PLAINTIFF HEREIN, PURSUANT TO 28 U.S.C. § 1915, AND MOVES THIS COURT FOR AN ORDER PERMITTING HIM TO PROCEED WITHOUT PREPAYMENT OF FEES AND COSTS IN THE ABOVE STATED CAUSE.

ADDITIONALLY, PLAINTIFF HAS ATTACHED AN AFFIDAVIT IN SUPPORT OF THIS MOTION.

RESPECTFULLY SUBMITTED,

*Baldemar Espinosa Jr.*

BALDEMAR ESPINOSA, J.R.
#576926
WILLACY COUNTY UNIT
1695 BUFFALO DRIVE
RAYMONDVILLE, TEXAS
78580

<u>UNITED STATES DISTRICT COURT</u>
<u>FOR THE SOUTHERN DISTRICT OF TEXAS</u>
(<u>BROWNSVILLE DIVISION</u>)

|  |  |  |
|---|---|---|
| BALDEMAR ESPINOSA, J.R. PLAINTIFF, | X | |
| V. | X | CIVIL ACTION NO. _____ |
| WACKENHUT INC. CORP., WARDEN TONY PEREZ, ASST. WARDEN RODRIGUEZ, ASST. WARDEN MAR. MALEJO, MEDICAL DEPT. OFFICIALS AND UNIT CLASSIFICATIONS DEPT. OFFICIALS, ET. AL., DEFENDANTS. | X  X  X  X | 8th AMENDMENT - CRUEL AND UNUSUAL PUNISHMENT  <u>"PENDENT JURISDICTION"</u> (SEE ATTACHMENT) |

<u>"AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS"</u>

I <u>BALDEMAR ESPINOSA, J.R.</u>, AM THE PLAINTIFF IN THE ABOVE STYLED CAUSE AND IN SUPPORT OF MY "MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS", I STATE THAT BECAUSE OF MY POVERTY, I AM UNABLE TO PREPAY THE COST OF SAID PROCEEDINGS AND THAT I BELIEVE I AM ENTITLED TO PAUPER STATUS.

I DECLARE THAT THE RESPONSES I HAVE MADE BELOW ARE TRUE AND CORRECT.

1.) ARE YOU PRESENTLY EMPLOYED? YES ___ NO ✓

A) IF THE ANSWER IS YES, STATE THE AMOUNT OF YOUR SALARY PER MONTH AND GIVE THE NAME AND ADDRESS OF YOUR EMPLOYER. _____N/A_____

B) IF THE ANSWER IS NO, STATE THE DATE OF LAST EMPLOYMENT AND THE AMOUNT OF SALARY PER MONTH WHICH YOU RECIEVED. <u>JANUARY 1995, $800 PER MONTH</u>

2.) HAVE YOU RECIEVED WITHIN THE PAST TWELVE MONTHS ANY MONEY FROM ANY OF THE FOLLOWING SOURCES?

(1)

A) BUSINESS, PROFESSION, OR FORM OF SELF EMPLOYMENT?
   YES ____   NO ✓ .

B) RENT PAYMENTS, INTEREST OR DIVIDENDS? YES ____ NO ✓

C) PENSIONS, ANNUITIES, LIFE INSURANCE PAYMENTS?
   YES ____   NO ✓ .

D) GIFTS OR INHERITANCE? YES ____ NO ✓ .

E) ANY OTHER SOURCE OF INCOME? YES ✓ NO ____

IF THE ANSWER TO ANY OF THE ABOVE IS YES, DESCRIBE EACH SOURCE OF MONEY AND STATE THE AMOUNT RECIEVED FROM EACH DURING THE PAST TWELVE MONTHS. I RECIEVE APPROXIMATLY $20 A MONTH FROM OUTSIDE SOURCES FOR MY NECESSITIES AND PERSONAL HYGENIE SUPPLIES.

3.) DO YOU OWN ANY CASH OR DO YOU HAVE MONEY IN A CHECKING OR SAVINGS ACCOUNT INCLUDING ANY MONEY IN PRISON ACCOUNTS? YES ✓ NO ____ . IF THE ANSWER IS YES, STATE THE TOTAL VALUE OWNED. I HAVE APPROXIMATLY .70¢ IN MY PRISON TRUST FUND ACCONT.

4.) DO YOU OWN ANY REAL ESTATE, STOCKS, BONDS, NOTES, AUTOMOBILES, OR OTHER VALUABLE PROPERTY EXCLUDING ORDINARY HOUSEHOLD FURNISHINGS AND CLOTHING? YES ____ NO ✓ . IF THE ANSWER IS YES, DESCRIBE THE PROPERTY AND STATE IT'S APPROXIMATE VALUE. N/A

5.) LIST THE PERSONS WHO ARE DEPENDENT UPON YOUR SUPPORT, STATE YOUR RELATIONSHIP TO THOSE PERSONS AND INDICATE HOW MUCH YOU CONTRIBUTE TOWARD THEIR SUPPORT. PLAINTIFF IS PRESENTLY INCARCERATED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE - INSTITUTIONAL DIVISION, WILLACY COUNTY UNIT, WACKENHUT CORRECTIONAL FACILITY.

I UNDERSTAND THAT A FALSE STATEMENT OR ANSWER TO ANY QUESTION IN THIS DECLARATION WILL

(2)

SUBJECT ME T' PENALTIES FOR PERJURY.

*Baldemar Espinosa Jr.*
PLAINTIFF

STATE OF TEXAS, COUNTY OF _WILLACY_, SS.

BEFORE ME, _Robert Vasquez_, A NOTARY PUBLIC, ON THIS DAY PERSONALLY APPEARED _BALDEMAR ESPINOSA, J.R._, KNOWN TO ME TO BE THE PERSON WHOSE NAME IS SUBSCRIBED TO THE FOREGOING IN-STRUMENT, AND ACKNOWLEDGED TO ME THAT HE EXECUTED THE SAME FOR THE PURPOSES AND CON-SIDERATION THEREIN EXPRESSED.

GIVEN UNDER MY HAND AND SEAL OF OFFICE THIS _28th_ DAY OF _AUGUST_ 19_96_.

*Robert Vasquez*
NOTARY

SEAL:

MY COMMISSION EXPIRES:
_4/5/2000_

(3)

ClibPDF - www.fastio.com