UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(BROWNSVILLE DIVISION)

| | | |
|---|---|---|
| BALDEMAR ESPINOSA, J.R.,<br>PRO-SE PLAINTIFF, | X | |
| V. | X | CIVIL ACTION №<br>B-96-160 |
| WACKENHUT INC. CORP., WARDEN<br>TONY PEREZ, ASST. WARDEN RODRIGUEZ,<br>ASST. WARDEN MARMALEJO, MEDICAL<br>DEPARTMENT OFFICIALS AND UNIT<br>CLASSIFICATIONS DEPT. OFFICIALS, ET. AL.,<br>DEFENDANTS. | X | "PENDENT JURISDICTION<br>DOCTRINE"<br>8th AMENDMENT - CRUEL<br>AND UNUSUAL PUNISHMENT |
| "ALL SUED IN INDIVIDUAL AND OFFICIAL<br>CAPACITY." | X | |
| | X | |

SEP 26 1996
Michael N. Milby, Clerk

"PLAINTIFF'S REQUEST FOR THE
HONORABLE COURT TO TAKE JUDICIAL NOTICE"

TO THE HONORABLE JUDGE OF SAID COURT,

COMES NOW, BALDEMAR ESPINOSA J.R., PLAINTIFF PRO-SE, HEREIN THE ABOVE STYLED AND NUMBERED CAUSE AND FILES THIS REQUEST FOR FOR THE HONORABLE COURT TO TAKE JUDICIAL NOTICE OF THE FOLLOWING:

I.

PLAINTIFF BALDEMAR ESPINOSA, J.R., IS DIAGNOSED AS HAVING PARTIAL SEIZURES WITH TONIC/CLONIC MUSCULAR ACTIVITY AND HAS HAD THIS MEDICAL CONDITION SINCE CHILDHOOD.

II.

PLAINTIFF BALDEMAR ESPINOSA, J.R., IS PRESENTLY TAKING 300 mgs. OF DILANTIN AND 90 mgs. OF PHENOBARBITAL DAILY FOR SUCH MEDICAL CONDITION.

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF BALDEMAR ESPINOSA, J.R. RESPECTFULLY REQUESTS FOR THIS HONORABLE COURT TO TAKE JUDICIAL NOTICE OF THE ABOVE MENTIONED FACTS, PLAINTIFF FOREVER PRAYS.

RESPECTFULLY SUBMITTED,

*Baldemar Espinosa Jr.*

BALDEMAR ESPINOSA, J.R.
T.D.C.J. # 576926
WILLACY COUNTY UNIT
WACKENHUT CORRECTIONAL FACILITY
1675 BUFFALO DRIVE
RAYMONDVILLE, TEXAS 78580

DEPUTY CLERK,
U.S. DISTRICT COURT
P.O. BOX 2699
BROWNSVILLE, TEXAS
78522

SEPTEMBER 23, 1996

DEPUTY CLERK,

ENCLOSED HEREIN PLEASE FIND AN ORIGINAL AND ONE COPY OF "PLAINTIFF'S REQUEST FOR THE COURT TO TAKE JUDICIAL NOTICE" AND "PLAINTIFF'S EX-PARTE MOTION FOR CONSIDERATION OF ALL PLEADINGS AND MOTIONS IN SAID CAUSE OF ACTION" IN CIVIL CAUSE NUMBER: B-96-160, BALDEMAR ESPINOSA, JR. VS. WACKENHUT INCORPORATED CORP., ET. AL.,.

CAN YOU PLEASE TAKE THE NECESSARY STEPS THAT ARE NEEDED TO HAVE THESE REQUEST'S BROUGHT TO THE ATTENTION OF THIS HONORABLE COURT.

YOUR ASSISTANCE IS VERY MUCH APPRECIATED, THANK YOU.

RESPECTFULLY SUBMITTED,

*Baldemar Espinosa Jr.*
BALDEMAR ESPINOSA, JR.
T.D.C.J. # 576926
WILLACY COUNTY UNIT
WACKENHUT CORR. FACILITY
1695 BUFFALO DRIVE
RAYMONDVILLE, TEXAS
78580