AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RECEIVED
96 NOV -7 AM 11: 04
BROWNSVILLE, TX.

BALDEMAR ESPINOSA, JR.

V.

WACKENHUT INC.CORP.WARDEN TONY PEREZ
ASST.WARDEN RODRIGUES, ASST WARDEN
MARMALEJO, MEDICAL DEPARTMENT OFFICIALS
AND UNIT CLASSIFICATIONS OFFICALS

## SUMMONS IN A CIVIL CASE

CASE NUMBER: B-96-160 - 85

United States District Court
Southern District of Texas
FILED

NOV 21 1996

Michael N. Milby, Clerk

TO: (Name and address of defendant)

TONY PEREZ, WARDEN
C/O WACKENUT INC.CORP.
1695 BUFFALO DRIVE
RAYMONDVILLE, TEXAS 78580

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BALDEMAR ESPINOSA, JR.  PRISONER #576926
PRO SE
WILLACY COUNTY UNIT
WAKENHUT CORRECTIONALFACILITY
1695 BUFFALO DRIVE
RAYMONDVILLE, TEXAS 78580

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY                                    NOVEMBER 7, 1996
CLERK                                               DATE

_[signature]_
(BY) DEPUTY CLERK  Olivia Gutierrez

40 (Rev. 10/93) Summons In a Civil Action

# RETURN OF SERVICE

| | DATE 11/8/96 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Eduardo Garcia | TITLE Deputy U.S. Marshal |

Check one box below to indicate appropriate method of service

[ ] Served personally upon the defendant. Place where served: _____

United States District Court
Southern District of Texas
FILED

NOV 21 1996

Michael N. Milby, Clerk

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[X] Returned unexecuted: Warded Perez Resyned from Wackenhut Corp. His whereabouts are unknown

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL * —0— | SERVICES $40.00 | TOTAL $40.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/8/96
              Date

Signature of Server

1001 E. Elizabeth #305
Address of Server
Brownsville, TX 78520

* Travel charged Summons B-96-160-6

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.