# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS
BROWNSVILLE         DIVISION

RECEIVED
96 NOV -7 AM 11: 04
BROWNSVILLE, TX.

BALDEMAR ESPINOSA, JR.

V.

WACKENHUT INC.CORP.WARDEN TONY PEREZ
ASST.WARDEN RODRIGUES, ASST WARDEN
MARMALEJO, MEDICAL DEPARTMENT OFFICIALS
AND UNIT CLASSIFICATIONS OFFICALS

## SUMMONS IN A CIVIL CASE

CASE NUMBER:   B-96-160 —4

United State District Court
Southern District of Texas
FILED

NOV 2 1 1996

Michael N. Milby, Clerk

TO: (Name and address of defendant)

UNIT CLASSIFACTION DEPARTMENT OFFICIALS
C/O WACKENHUT INC. CORP.
1695 BUFFALO DRIVE
RAYMONDVILLE, TEXAS   78580

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BALDEMAR ESPINOSA, JR.   PRISONER #576926
PRO SE
WILLACY COUNTY UNIT
WAKENHUT CORRECTIONALFACILITY
1695 BUFFALO DRIVE
RAYMONDVILLE, TEXAS   78580

an answer to the complaint which is herewith served upon you, within ____20____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

MICHAEL N. MILBY
CLERK

NOVEMBER 7, 1996
DATE

(BY) DEPUTY CLERK / Olivia Gutierrez

(Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 11/8/9 6 |
|---|---|
| ice of the Summons and Complaint was made by me[1] | |

OF SERVER (PRINT)
EDUARDO GARCIA

TITLE
Deputy U.S. MARSHAL

ck one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas

NOV 21 1996

Michael N. Milby, Clerk

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): Served on Department Head, John Lindsey

_____

## STATEMENT OF SERVICE FEES

| L ✗ —O— | SERVICES $40.06 | TOTAL $40.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11/8/96___

Date

_____
Signature of Server

1001 E. Elizabeth #306, Brownsville
Address of Server

John Lindsey was served
✗ Travel was charged on B-96-160-6

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.