AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

BALDEMAR ESPINOSA, JR.

V.

WACKENHUT INC.CORP.WARDEN TONY PEREZ
ASST.WARDEN RODRIGUES, ASST WARDEN
MARMALEJO, MEDICAL DEPARTMENT OFFICIALS
AND UNIT CLASSIFICATIONS OFFICALS

## SUMMONS IN A CIVIL CASE

CASE NUMBER: B-96-160 - 1

United States District Court
Southern District of Texas
FILED

NOV 21 1996

Michael N. Milby, Clerk

TO: (Name and address of defendant)

ASST.WARDEN RODRIGUES
C/O WACKENHUT INC.CORP.
1695 BUFFALO DRIVE
RAYMONDVILLE, TEXAS  78580

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BALDEMAR ESPINOSA, JR.   PRISONER #576926
PRO SE
WILLACY COUNTY UNIT
WAKENHUT CORRECTIONALFACILITY
1695 BUFFALO DRIVE
RAYMONDVILLE, TEXAS  78580

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY
CLERK

NOVEMBER 7, 1996
DATE

(BY) DEPUTY CLERK   Olivia Gutierrez

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE 11/8/96 |
|---|---|
| Service of the Summons and Complaint was made by me¹ | |
| NAME OF SERVER (PRINT) EDUARDO GARCIA | TITLE Deputy U.S. Marshal |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: __Wackenhut Corp - Raymondville__

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

United States District Court
Southern District of Texas
FILED

NOV 21 1996

Michael N. Milby, Clerk

## STATEMENT OF SERVICE FEES

| TRAVEL *-0- | SERVICES $40.00 | TOTAL $40.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __11/8/96__
Date

Signature of Server

Address of Server
1001 E. Elizabeth #306
Brownsville, TX 78520

@ 4:10 P.M. served
* ~~Served~~ Travel Charged on B-96-160-6.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.