U.S. DISTRICT CLERK,
P.O. BOX 2299
BROWNSVILLE, TEXAS 78522

12/2/96

B-96-160

DISTRICT COURT CLERK,

THIS LETTER OF NOTIFICATION IS TO INFORM THIS COURT THAT MY ADDRESS HAS CHANGED AND MY NEW ADDRESS IS:
BALDEMAR ESPINOSA, JR. #576926
DALHART UNIT
HCR 4 BOX 4000
DALHART, TEXAS 79022

I WAS PLACED ON TRANSIT STATUS ON NOVEMBER 21, 1996 AND DID NOT ARRIVE ON THIS UNIT UNTIL NOVEMBER 27, 1996. ALSO I WOULD LIKE TO REQUEST AS TO THE STATUS OF CAUSE NUMBER B-96-160, BALDEMAR ESPINOSA, JR. V. WACKENHUT INC. CORP. THAT WAS FILED IN THIS COURT ON SEPTEMBER 13, 1996.

AS TO DATE, I HAVE NOT RECIEVED ANY INFORMATION ON THIS CAUSE NUMBER NOR HAS ANY MAIL CONCERNING THIS ACTION BEEN FORWARDED TO MY PRESENT ADDRESS.

CAN YOU PLEASE HAVE THIS INFORMATION FILED IN YOUR RECORDS FOR FUTURE REFERENCE AND INFORM ME ON THE STATUS OF CAUSE NUMBER B-96-160. THANK YOU VERY MUCH.

RESPECTFULLY SUBMITTED,

*Baldemar Espinosa Jr.*
BALDEMAR ESPINOSA, JR.
# 576926
DALHART UNIT
HCR 4 BOX 4000
DALHART, TEXAS 79022

[STAMP: CLERK U.S. DISTRICT COURT RECEIVED DEC 6 1996 SOUTHERN DIST. OF TEXAS BROWNSVILLE, TEXAS]