IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(BROWNSVILLE DIVISION)

14

                                        X

BALDEMAR ESPINOSA, J.R.                 X

        PLAINTIFF,

VS.                                     X

United States District Court
Southern ___ of ___
FILED

DEC 27 1996

Michael N. Milby, Clerk

WACKENHUT INC. CORP., WARDEN          X
TONY PEREZ, ASST. WARDEN
RODRIGUEZ, ASST. WARDEN MARMALEJO,     X
MEDICAL DEPARTMENT AND UNIT            X
CLASSIFICATIONS DEPARTMENT
OFFICIALS, ET. AL.,                    X

        DEFENDANTS.

CIVIL ACTION NO.
#B-96-160

8th AMENDMENT - CRUEL AND
UNUSUAL PUNISHMENT,

(PENDENT JURISDICTION DOCTRINE

"ALL SUED IN INDIVIDUAL AND OFFICIAL CAPACITY"

"PLAINTIFF'S MOTION FOR APPOINTMENT
OF COUNSEL"

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, BALDEMAR ESPINOSA J.R., PLAINTIFF IN THE ABOVE STYLED AND MENTIONED CAUSE AND HEREIN MAKES THIS HIS "MOTION FOR APPOINTMENT OF COUNSEL" AND IN SUPPORT THEREOF, PLAINTIFF WOULD SHOW UNTO THE COURT AS FOLLOWS:

I.

PURSUANT TO TITLE 28 U.S.C. SECTION 1915 (d), THE COURT CAN REQUEST BUT CANNOT REQUIRE AN ATTORNEY TO REPRESENT A LITIGANT IN FEDERAL COURT, MALLARD V. UNITED STA DISTRICT COURT, 490 U.S. 296, 109 S.CT. 1814, 104 L.Ed. 2d 318 (1989). THERE IS NO RIGHT TO THE AUTOMATIC APPOINTMENT OF COUNSEL, BRANCH V. COLE, 686 F. 2d 264, 266 (5th CIR. 1982).

ONLY IF EXCEPTIONAL CIRCUMSTANCES EXIST SHOULD AN ATTORNEY BE APPOINTED, Id. PLAINTIFF SUBMITS THIS HERE HIS "MOTION FOR APPOINTMENT OF COUNSEL FOR THE REASON STATED BELOW:

1) PLAINTIFF IS CURRENTLY TAKING 90 MGS. OF PHENE BARBITAL DAILY AND BEING UNDER THE INFLUENCE OF THIS MED ICATION (NARCOTIC) IT ENABLES THE PLAINTIFF HEREIN FROM

GAINFULLY STUDY G AND RESEARCHING THIS CAUSE OF ACTION
TO PROVIDE AN ADEQUATE DEFENSE FOR HIMSELF.

    2) LACK OF LEGAL KNOWLEDGE IN THIS PROFESSIONAL
       FIELD.

    3) COMPLEXITY AND SERIOUSNESS OF THE CAUSE OF
       ACTION STATED HEREIN.

    ADDITIONALLY, PLAINTIFF HAS ATTACHED A QUESTIONAIRE TO
TO AID THIS COURT IN DETERMINING WHETHER EXCEPTIONAL
CIRCUMSTANCES EXIST.

    WHEREFORE, PREMISES CONSIDERED, PLAINTIFF BALDEMAR
ESPINOSA JR., PRAYS THAT THIS HONORABLE COURT GRANT THIS HERE
HIS "MOTION TO APPOINT COUNSEL, PLAINTIFF FOREVER PRAYS.

               RESPECTFULLY SUBMITTED,

               *Baldemar Espinosa Jr.* 12/20/9.

               BALDEMAR ESPINOSA, J.R.
               PLAINTIFF - PRO SE
               T.D.C.J. - I.D. #576926
               DALHART UNIT
               HCR 4 BOX 4000
               DALHART, TEXAS
                     79022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
(BROWSVILLE DIVISION)

DECEMBER 20, 1996

CAUSE STYLE NO: B-96-160; BALDEMAR ESPINOSA, J.R VS.
WACKENHUT INC. CORP., WARDEN TONY PEREZ,
ASST. WARDEN RODRIGUEZ, ASST. WARDEN
MARMALEJO, MEDICAL DEPARTMENT AND UNIT
CLASSIFICATIONS OFFICIALS, ET. AL;

## "QUESTIONAIRE"

1) WHAT IS YOUR AGE? 28 YEARS OLD, DATE OF BIRTH: 6-8-68.

2) ARE YOU A HIGH SCHOOL GRADUATE? IF NOT A HIGH SCHOOL GRAD-
UATE, HAVE YOU EARNED A G.E.D.? I AM NOT A HIGHSCHOOL
GRADUATE BUT I EARNED A G.E.D. IN JULY 8, 1985, CERTIFICATE
NO. # 181877.

3) IF YOU HAVE ATTENDED COLLEGE, PLEASE GIVE THE NUMBER OF
HOURS SUCCESSFULLY COMPLETED, THE SUBJECTS YOU HAVE
STUDIED AND ANY DEGREES AWARDED? NONE

4) HAVE YOU EVER TAKEN ANY COURSE RELATED TO THE LAW OR
RECIEVED ANY LEGAL TRAINING WHATSOEVER? NONE

5) DO YOU HAVE ACCESS TO ANY PERSON WHO HAS ADVISED OR CAN
ADVISE YOU CONCERNING THE LAW APPLICABLE TO THIS CASE?
I HAVE BEEN RECIEVING ASSISTANCE FROM VARIOUS IN-
MATES WITH PAST EXPERIENCE IN FILING LAWSUITS BUT NONE
PROFESSIONALLY.

6) GIVE THE NAMES OF YOUR EMPLOYERS, THE DATES YOU HELD EACH JOB
AND THE TYPE OF WORK YOU PERFORMED DURING THE LAST THREE
YEARS YOU WORKED? I WORKED FOR L&H MEAT PACKING CO.
IN SAN ANTONIO FROM ABOUT JUNE 1993 UNTIL JANUARY 1994 DOING
CLEAN UP WORK AT NIGHT. FROM JANUARY 1994 UNTIL MY DATE
OF INCARCERATION OF MARCH 1995, I WORKED WITH MY FATHER-IN-
LAW WHO IS SELF-EMPLOYED AND DOES RECYCLING WORK, (ALUM-
INUM, COPPER, BATTERIES, RADIATORS, ETC. ETC.).

(1)

ClibPDF - www.fastio.com

7.) HAVE YOU EVER BEEN A PARTY TO ANOTHER LAWSUIT? IF SO DID YOU REPRESENT YOURSELF? IF NOT, WHO WAS YOUR ATTORNEY?

YES, IN CIVIL ACTION # SA-96-CA-0206, BALDEMAR ESPINOSA, JR. VS. JOHNNY DIAZ, J.R., DONALD RAMIREZ, SHERIFF TOMMY WILLIAMS AND THE CITY OF PLEASANTON, ET. AL., IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION. MR. GARY W. MAYTON OF THE LAW OFFICE'S OF STEPHEN F. WHITE, 200 CONCORD PLAZA DRIVE, SUITE 650, SAN ANTONIO, TEXAS 78216 WAS APPOINTED BY THE COURT TO REPRESENT ME IN THIS CAUSE OF ACTION.

8) IF THE ANSWER TO THE PRECEDING QUESTION IS "YES", PLEASE PROVIDE A BRIEF STATEMENT OF THE NATURE OF THE LAWSUIT AND OUTCOME:

FOURTEENTH AMENDMENT (14th) DUE PROCESS VIOLATION, 8th AMENDMENT DENIAL OF MEDICAL CARE AND EXCESSIVE USE OF FORCE. THE CASE WAS TO HAVE BEEN SETTLED OUT OF COURT.

9) DO YOU PRESENTLY HAVE ANY PHYSICAL OR MENTAL IMPAIRMENTS THAT COULD AFFECT YOUR ABILITY TO INVESTIGATE OR PROSECUTE THIS CASE YOURSELF? IF YES, WHAT IS THE IMPAIRMENT AND ARE YOU CURRENTLY UNDERGOING TREATMENT FOR IT?

YES, EPILEPSY, AND I TAKE 300 MGS. OF DILANTIN AND 90 MGS. OF PHENOBARBITAL DAILY AND BEING UNDER THE INFLUENCE OF THESE MEDICATION HENDERS MY ABILITY TO INVESTIGATE AND/OR PROSECUTE THIS CAUSE OF ACTION. ADDITIONALLY, I CONTINUOSLY HAVE SEVERE MIGRANE HEADACHES WHICH MAY BE SEIZURE RELATED BUT HAVE NOT RECIEVED THE PRESCRIBED MEDICAL ATTENTION FOR THIS MEDICAL PROBLEM.

10) DESCRIBE THE FACTS AND CIRCUMSTANCES WHICH SUBSTANTIATE THE ALLEGATIONS IN YOUR COMPLAINT?

1) THE DEFENDANTS HEREIN WERE FULLY AWARE OF PLAINTIFF'S MEDICAL CONDITION (SEIZURES) AND THE MEDICATION HE WAS TAKING, PHENOBARBITAL WHICH IS CLASSIFIED AS A NARGOTIC.

2) THE DEFENDANTS WERE ALSO FULLY AWARE OF PLAINTIFF'S MEDICAL RESTRICTIONS. (NO CLIMBING, NO WORKING AROUND MACHINERY OR MOVING PARTS AND LOWER BUNK ONLY).

3) PLAINTIFF MADE CORRECTIONAL OFFICERS ROCHA, CAYAZOS, GONZALES, WASSEN, AND WHITLEY AWARE OF THIS ERROR IN HOUSING ASSIGNMENT AND HIS MEDICAL CONDITION BUT SAID OFFICERS FAILED TO CORRECT THIS ERROR AND WERE COMPLETLY DELIBERATE INDIFFRENT TO PLAINTIFF'S MEDICAL NEEDS.

(2)

4) BECAUSE OF THIS DELIBERATE INDIFFRENCE BY THE ABOVE MENTIONED CORRECTIONAL OFFICIALS AND THE DEFENDANTS NAMED IN THIS COMPLAINT, THE PLAINTIFF HEREIN WAS SUBJECTED TO CRUEL AND UNUSUAL PUNISHMENT.

11) DO YOU KNOW OF WITNESSES YOU CAN CALL AT TRIAL TO SUBSTANTIATE YOUR ALLEGATIONS AND THEIR ADDRESSES? IF SO, STATE THEIR NAMES AND THE SUBSTANCES OF THEIR TESTIMONY? MEDICAL DEPARTMENT AND UNIT CLASSIFICATION DEPARTMENT OFFICIALS WHO WERE AWARE OF MY MEDICAL CONDITION AND RESTRICTIONS ON THE DATE I WAS ASSIGNED TO THE WILLACY COUNTY UNIT. LUITENANT BARRIENTOS, SERGEANT PRUNEDA, AND CORRECTIONAL OFFICER MORALES WHO ASSISTED THE NURSES IN TRANSPORTING ME TO THE MEDICAL DEPARTMENT THE DAY OF THIS INCIDENT. ALSO, VARIOUS INMATES WHO WITNESSED THIS AND CAN TESTIFY TO WHAT HAPPENED. I AM CURRENTLY ATTEMPTING TO OBTAIN NAMES AND ADDRESSES.

12) DO YOU HAVE IN YOUR POSSESSION OR HAVE ACCESS TO DOCUMENTS WHICH SUBSTANTIATE YOUR ALLEGATIONS? DO YOU KNOW OF DOCUMENTS IN THE POSSESSION OF DEFENDANTS WHICH YOU WILL NEED TO SUPPORT YOUR CLAIMS? IF SO PLEASE IDENTIFY THE DOCUMENT AND WHAT IT WILL PROVE? I AM CURRENTLY IN THE PROCESS OF OBTAINING DOCUMENTS THAT WILL HELP SUBSTATIATE THESE ALLEGATIONS. ALSO, THERE IS VARIOUS DOCUMENTS IN THE POSSESSION OF THE DEFENDANTS THAT WILL BE NEEDED. THESE DOCUMENTS CONSIST OF WHO AUTHORIZED THIS HOUSING ASSIGNMENT AND WHAT MEDICAL AND UNIT CLASSIFICATION OFFICIALS OVERLOOKED MY MEDICAL CONDITION AND RESTRICTIONS TO NOT OBJECT TO THIS.

13) IF THIS IS AN EMPLOYMENT DISCRIMINATION CASE, PLEASE EXPLAIN, AND ATTACH A COPY OF THE E.E.O.C. DETERMINATION AND IF AVAILABLE, THE E.E.O.C. INVESTIGATIVE FILE TO YOUR ANSWERS? IF THE DETERMINATION WAS NOT IN YOUR FAVOR, EXPLAIN?   NOT APPLICABLE

14) DO YOU BELIEVE THAT THE EVIDENCE FROM YOU AND FROM THE DEFENDANTS CONCERNING YOUR CLAIMS WILL BE CONFLICTING? IF SO, IN WHAT WAY WILL THE EVIDENCE CONFLICT? THE RECORDS CLEARLY SHOW THAT ON THIS DAY IN QUESTION,
   1) THAT I AM AN EPILEPTIC PATIENT AND TAKE MEDICATION FOR THIS ILLNESS.
   2) THAT ON THIS DAY IN QUESTION, ACCORDING TO MY MEDICAL FILES I HAD A LOWER BUNK RESTRICTION FOR HEALTH AND SAFETY PRECAUTIONARY REASONS.

(3)

ClibPDF - www.fastio.com

3) I INFORMED SEVERAL CORRECTIONAL OFFICERS WHO REFUSED TO DO ANYTHING ABOUT THIS AND THEREFORE WERE DELIBERATE IN-DIFFRENT TO MY MEDICAL NEEDS AND SUBJECTED ME TO "CRUEL AND UN-USUAL PUNISHMENT". THE CONFLICTING ISSUE IS THE ACCEPTANCE OF RESPONSIBILITY FOR THIS INHUMANE TREATMENT!

15) PLEASE STATE WHETHER YOU HAVE ANY DIFFICULTY IN SPEAKING, READING OR WRITTING THE ENGLISH LANGUAGE?   NONE

16) ARE YOU PRESENTLY INCARCERATED? IF SO, PLEASE STATE THE DATE, IF YOU KNOW, WHEN YOU EXPECT TO BE RELEASED? YES, I AM PRE-SENTLY INCARCERATED AND BELIEVE I WILL BE RELEASED IN MAY 1998 DUE TO MY MANDATORY SUPERVISION DATE, HOWEVER IT COULD BE SOONER.

17) DESCRIBE ANY EXCEPTIONAL CIRCUMSTANCES, OTHER THAN THE FACT THAT YOU ARE NOT A LAWYER, WHICH YOU BELIEVE EXIST WHICH WOULD WAR-RANT THE APPOINTMENT OF AN ATTORNEY?

1) MEDICATION THAT PLAINTIFF RECIEVES DAILY, (PHENOBARBITAL).

2) SEVERE HEADACHES WHICH MAY BE RELATED MY MEDICAL CONDITION.

3) COMPLEXITY AND SERIOUSNESS OF THE ISSUES PRESENTED IN THIS CASE.

SIGNED AND ENTERED ON THIS THE 20th DAY OF DECEMBER 1996.

Baldemar Espinosa. Jr

BALDEMAR ESPINOSA, J.R. #576726
DALHART UNIT
NCR V BOX 4000
DALHART, TEXAS
            79022

(4)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING "PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL", HAS BEEN FORWARDED BY U.S. POSTAL MAIL - POSTAGE PRE-PAID TO LINDA M. KEARNEY OF THE LAW OFFICES OF PORTER, ROGERS, DAHLMAN AND GORDON, ONE SHORELINE PLAZA, 800 N. SHORELINE, SUITE 800 CORPUS CHRISTI TEXAS 78401-3708 ON THIS THE 20th DAY OF DECEMBER 1996.

Baldemar Espinosa Jr.
BALDEMAR ESPINOSA, J.R.
PLAINTIFF - PRO SE
T.D.C.J. - I.D. # 576926
DALHART UNIT
HCR 4, BOX 4000
DALHART, TEXAS
79022