CLERK,
DISTRICT COURT FOR
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
) E. 10th STREET, ROOM 105
BROWNSVILLE, TEXAS - 78520

MARCH 3, 1997    16

B-96-160

MAR 1 . . .

DISTRICT COURT CLERK,

THIS NOTICE IS TO INFORM THE COURT OF MY CHANGE OF ADDRESS IN ACCORDANCE TO LOCAL COURT RULES.

I HAVE BEEN TRANSFERED TO THE FRENCH ROBERTSON UNIT AND MY NEW ADDRESS IS: 12071 FM 3522
                                                                              ABILENE, TEXAS 79601

CAN YOU HAVE THIS FILED WITH THE RECORDS OF THIS COURT AND FORWARD ANY FUTURE INFORMATION CONCERNING CIV. ACTION NO: B-96-160; BALDEMAR ESPINOSA, J.R. V. WACKENH. INC. CORP., TO THIS ADDRESS.

YOUR TIME AND ATTENTION IN THIS MATTER IS GREATLY APPRECIATED.

RESPECTFULLY SUBMITTED

*Baldemar Espinosa Jr*

BALDEMAR ESPINOSA, J.R.
# 576926
FRENCH ROBERTSON UNIT
12071 FM 3522
ABILENE, TEXAS 796—

cc: BE/PF's