United States District Court
Southern District of Texas
FILED

APR 28 1997

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BALDEMAR ESPINOZA, JR. | § § § | |
| VS. | § § | CIVIL ACTION NO. |
| WACKENHUT INC. CORP., WARDEN TONY PEREZ, ASST. WARDEN RODRIGUES, ASST. WARDEN MARMALEJO, MEDICAL DEPARTMENT OFFICIALS and UNIT CLASSIFICATIONS OFFICIALS | § § § § § § | B - 96 - 160 |

## APPLICATION FOR WRIT OF HABEAS CORPUS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Petitioner **BALDEMAR ESPINOZA**, by and through his court appointed attorney, J. Arnold Aguilar, and would show to the Court that he is presently confined in the Robertson Unit in Abilene, Texas, although this action is presently pending in the Southern District of Texas, Brownsville Division. This lawsuit was filed because of the prison conditions imposed on Plaintiff while he was detained at the Defendant's facility, in Raymondville, Texas. The Robertson Unit in Abilene is approximately 516 miles from this Court in Brownsville, Texas. Because of the long distance and because the Robertson Unit's rules require all telephone calls to be monitored by prison officials, Plaintiff would now request to be released into the custody of the United States Marshal for the Southern District of Texas, and that he be transported to Brownsville, Texas, in order that he may meet with court appointed counsel to

discuss this action. Once Petitioner has an opportunity to meet with counsel, and has been duly discharged by the Court, he may be returned under safe and secured conduct to the custody of the Texas Department of Corrections, Robertson Unit, where he is now duly committed by law.

WHEREFORE, PREMISES CONSIDERED, Petitioner **BALDEMAR ESPINOZA** prays that the Court issue a Writ of Habeas Corpus, directing the United States Marshal to produce the body of Baldemar Espinoza before this Court and his counsel, on or before May 9, 1997.

Signed on this the 28th day of April, 1997.

Respectfully submitted,

**LAW OFFICE
J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone   : (210) 504-1100
Facsimile   : (210) 504-1408

By: _____
J. Arnold Aguilar
Federal Adm. No. 6822

Attorney for Plaintiff,
BALDEMAR ESPINOZA
