UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAY 16 1997

Michael N. Milby, Clerk
By Deputy: _____

United States District Court
Southern District of Texas
FILED

MAY 1 2 1997

Michael N. Milby, Clerk

18

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BALDEMAR ESPINOZA, JR. § | |
| § | |
| VS. § | CIVIL ACTION NO. |
| § | |
| WACKENHUT INC. CORP., WARDEN § | B - 96 - 160 |
| TONY PEREZ, ASST. WARDEN § | |
| RODRIGUES, ASST. WARDEN § | |
| MARMALEJO, MEDICAL DEPARTMENT § | |
| OFFICIALS and UNIT CLASSIFICATIONS § | |
| OFFICIALS | |

## ORDER GRANTING APPLICATION FOR WRIT OF HABEAS CORPUS

On the 12TH day of MAY, 1997, this cause came on for hearing *Plaintiff's Application for Writ of Habeas Corpus*.

After hearing the argument of counsel thereafter, the Court is of the opinion that Plaintiff's Application should be GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiff's Application for Writ of Habeas Corpus is GRANTED, and the United States Marshal and the Texas Department of Corrections are hereby ordered to produce Baldemar Espinoza, Jr. before the United States District Court for the Southern District of Texas, Brownsville Division at Brownsville, Texas, on the 29th day of May, 1997, at 1:30 o'clock P .m.

ENTERED on this the 12TH day of MAY, 1997.

_____
U. S. MAGISTRATE JUDGE