United States District Court
Southern District of Texas
FILED

MAY 14 1997

Michael N Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAY 16 1997

Michael N. Milby, Clerk
By Deputy:

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

BALDEMAR ESPINOSA, JR. §
§
VS § CIVIL ACTION NO. B-96-160
§
WACKENHUT, INC. CORP., ET AL §

## ORDER

Plaintiff, Baldemar Espinosa, Jr. filed a complaint under 42 U.S.C. § 1983 on September 13, 1996. The Court issued an order on October 23, 1996 allowing petitioner to proceed in forma pauperis under 28 U.S.C. § 1015(a). An initial partial filing fee of $10.00 was assessed by the Court under 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of 20% of the preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the U. S. District Clerk, P.O. Box 2299, Brownsville, Texas 78523 each time the amount in plaintiff's trust account exceeds $10.00 until the filing fee is paid in full pursuant to 28 U.S.C. § 1915(b)(2).

Plaintiff's motion for appointment of counsel filed on December 27, 1996 is hereby granted. Attorney Arnold Aguilar has agreed to represent Mr. Espinosa in this case pursuant to 28 U.S.C. 1915(e)(1). Mr. Aguilar will be reimbursed for expenses incurred.

DONE at Brownsville, Texas this the 14th day of May, 1997.

_____
John Wm. Black
U.S. Magistrate Judge

ClibPDF - www.fastio.com