UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

JUN 1997

Michael N. Milby, Clerk
By Deputy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 29 1997

Michael N. Milby, Clerk of Court

| | |
|---|---|
| BALDEMAR ESPINOZA, JR. | § |
| | § |
| VS | §   C.A. NO. B-96-160 |
| | § |
| WACKENHUT INC., CORPORATION, | § |
| ET AL | |

## O R D E R

The Court is hereby authorizing the Clerk of Court to make copies of Mr. Baldemar Espinoza's medical records.

Done in Brownsville, Texas, on this 29th. day of May, 1997.

_____
John Wm. Black
United States Magistrate Judge