# "AFFIDAVIT"

United States District Court
Southern District of Texas
FILED

AUG 22 1997

Michael N. Milby, Clerk of Court

I **Martin Corona Jr** (NAME) DID WITNESS AND CAN TESTIFY TO THE EVENTS THAT TOOK PLACE ON JULY 4, 1996 AT THE WILLACY COUNTY UNIT IN RAYMONDVILLE, TEXAS STYLED: CIVIL ACTION NO. B-96-160, BALDEMAR ESPINOSA, J.R., THE PLAINTIFF HEREIN SUFFERED AN EPILEPTIC SEIZURE AND FELL FROM HIS BUNK.

I **Martin Corona Jr** (NAME), T.D.C.J.-I.D. **# 736091** BEING PRESENTLY INCARCERATED AT THE **Preston E. Smith** UNIT IN **Dawson** COUNTY, TEXAS DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS THE **31** DAY OF **July** 1997.

_Martin Corona_
SIGNATURE

MR. MARTIN CORONA, J.R.
T.D.C.J.-I.D. # 736091
H.C.R. 07, BOX 187
LAMESA, TEXAS
79331