# "AFFIDAVIT"

I Paul Mermea _____ DID WITNESS AND CAN
                NAME

TESTIFY TO THE EVENTS THAT TOOK PLACE ON JULY 4,

1996 AT THE WILLACY COUNTY UNIT IN RAYMONDVILLE,

TEXAS STYLED: CIVIL ACTION NO. B-96-160, BALDEMAR

ESPINOSA, J.R., THE PLAINTIFF HEREIN SUFFERED AN EPILEPTIC

SEIZURE AND FELL FROM HIS BUNK.

I Paul Mermea _____, T.D.C.J.-I.D. #730920
            NAME

BEING PRESENTLY INCARCERATED AT THE Willacy County
                                         UNIT

IN Raymondville COUNTY, TEXAS DECLARE UNDER PENALTY
   COUNTY

OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS THE 7 DAY OF August 1997.

                              Paul Mermea
                              SIGNATURE

MR PAUL MERMER
T.D.C.J.-I.D. #730920
W.6 TRUSTY CAMP
H.C.02 - 975
BEEVILLE, TEXAS
                78102