

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 16 1997

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| BALDEMAR ESPINOSA, JR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| WACKENHUT INC. CORP., WARDEN | § | B - 96 - 160 |
| TONY PEREZ, ASST. WARDEN | § | |
| RODRIGUES, ASST. WARDEN | § | |
| MARMALEJO, MEDICAL DEPARTMENT | § | |
| OFFICIALS and UNIT CLASSIFICATIONS | § | |
| OFFICIALS | | |

## MOTION FOR LEAVE TO FILE PLAINTIFF'S
## FIRST AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE U. S. DISTRICT COURT:

COMES NOW **BALDEMAR ESPINOSA, JR.**, Plaintiff herein and respectfully files this his Motion for Leave to File Plaintiff's First Amended Original Complaint and in support thereof would respectfully show unto the Court as follows:

I.

Plaintiff asks that the Court allow him to file his First Amended Original Complaint in order to clarify Plaintiff's pleadings to conform to the facts and law as they have been raised herein. Plaintiff's sole purpose of this amended complaint is to clarify the issues for the Court and the jury.

d:\ln\mtns\97-108.M4L                                                                                          PAGE 1

## II.

Plaintiff respectfully requests that he be allowed to file his First Amended Original Complaint, a copy of which is attached as Exhibit "A" and incorporated by reference the same as if fully copied and set forth at length. The First Amended Original Complaint will aid the determination of this cause on the merits.

WHEREFORE, PREMISES CONSIDERED, Plaintiff **BALDEMAR ESPINOSA, JR.** respectfully requests that the Court enter an Order Granting Leave to file Plaintiff's First Amended Original Complaint attached hereto as Exhibit "A."

Signed on this the 15th day of December, 1997.

Respectfully submitted,

**LAW OFFICE
J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone : (956) 504-1100
Facsimile : (956) 504-1408

By: _____
J. Arnold Aguilar
Federal Adm. No. 6822

Attorney for Plaintiff,
BALDEMAR ESPINOSA, JR.

## CERTIFICATE OF CONFERENCE

    I, J. Arnold Aguilar, hereby certify that I have attempted to converse with Defendants' counsel on December 15, 1997, as to whether he is opposed to Plaintiff's Motion for Leave to File Plaintiff's First Amended Original Complaint, but he was unavailable. I therefore presume he is opposed to this Motion.

_____
J. Arnold Aguilar

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing **MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT** has on this the 16th day of December, 1997, been forwarded via certified mail, return receipt requested to:

Mr. Phillip A. McKinney
PORTER, ROGERS, DAHLMAN & GORDON, P.C.
800 N. Shoreline, Suite 800
P. O. Box 2968
Corpus Christi, TX 78403-2968

_____
J. Arnold Aguilar