UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JAN 07 1998

Michael N. Milby, Clerk
By Deputy:

United States District Court
Southern District of Texas
FILED

JAN 07 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BALDEMAR ESPINOSA, JR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| WACKENHUT INC. CORP., WARDEN | § | B - 96 - 160 |
| TONY PEREZ, ASST. WARDEN | § | |
| RODRIGUES, ASST. WARDEN | § | |
| MARMALEJO, MEDICAL DEPARTMENT | § | |
| OFFICIALS and UNIT CLASSIFICATIONS | § | |
| OFFICIALS | | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT

Be it remembered that came on to be considered the **Motion for Leave to File Plaintiff's First Amended Original Complaint** and the Court being of the opinion that said Motion should be and hereby is GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that Plaintiff's Motion for Leave to File Plaintiff's First Amended Original Complaint is hereby Granted and Plaintiff is to proceed with his First Amended Original Complaint.

Signed this the 7th day of JANUARY, 1998, at Brownsville, Texas.

U.S. MAGISTRATE JUDGE