IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN - 5 1998

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BALDEMAR ESPINOSA, JR. | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| WACKENHUT, INC., CORP., | § | CIVIL ACTION B-96-160 |
| WARDEN TONY PEREZ, | § | |
| ASST. WARDEN RODRIGUEZ, | § | |
| ASST., WARDEN MARMALEJO, | § | |
| MEDICAL DEPARTMENT OFFICIAL, | § | |
| AND UNIT CLASSIFICATIONS OFFICIAL, | § | |
| ET AL | | |
| Defendants | | |

**DEFENDANTS, WACKENHUT CORRECTIONS CORPORATION,
WARDEN TONY PEREZ, ASST. WARDEN RAMON RODRIGUEZ, AND
ASST. WARDEN CHARLES MARMALEJO'S,
NOTICE OF SUBSTITUTION OF LEAD COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Defendants, **Wackenhut Corrections Corporation, Warden Tony Perez, Asst. Warden Ramon Rodriguez, and Asst. Warden Charles Marmalejo,** and give notice that the following attorney, whose signature appears below is substituted as lead counsel for Defendants, **Wackenhut Corrections Corporation, Warden Tony Perez, Asst. Warden Ramon Rodriguez, and Asst. Warden Charles Marmalejo**:

**Linda M. Kearney**
Federal I.D. No 18425
State Bar No. 00787811
**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
One Shoreline Plaza
800 North Shoreline, Suite 800
Corpus Christi, Texas 78401
(512) 880-5808
Fax: (512) 880-5844

Phillip A. McKinney will no longer be counsel in this case.

This substitution is not sought for delay. Defendants, **Wackenhut Corrections Corporation, Warden Tony Perez, Asst. Warden Ramon Rodriguez, and Asst. Warden Charles Marmalejo**, respectfully request that all future notices, filings, and service of documents be forwarded to lead counsel according to this Notice.

DATED this the 2nd day of June, 1998.

Respectfully submitted,

By: /s/ Linda M. Kearney
Linda M. Kearney
Federal I.D. No. 18425
State Bar No. 00787811

One Shoreline Plaza
P. O. Box 2968
Corpus Christi, TX 78403-2968
(512) 880-5808 - Office
(512) 880-5844 - Fax

ATTORNEYS FOR DEFENDANTS
WACKENHUT CORRECTIONS
CORPORATION, WARDEN TONY PEREZ,
ASST. WARDEN RAMON RODRIGUEZ,
and ASST. WARDEN CHARLES MARMALEJO

OF COUNSEL:
**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
One Shoreline Plaza, Suite 800
P. O. Box 2968
Corpus Christi, Texas 78403-2968
Telephone: (512) 880-5808
Facsimile: (512) 880-5844

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested to Mr. J. Arnold Aguilar, Artemis Square, Suite H-2, 1200 Central Boulevard, Brownsville, Texas 78520 in accordance with Rule 5(d) of the Federal Rules of Civil Procedure, on the _2nd_ day of June, 1998.

*Linda M. Kearney*
Linda M. Kearney

wp\s: wackenhut\espinoza\sub-lead.cou