27

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

*United States District Court*
*Southern District of Texas*
*ENTERED*
*AUG 0 1 1999*
*Michael N. Milby, Clerk of Court*
*By Deputy Clerk*

| | |
|---|---|
| BALDEMAR ESPINOSA, JR. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-96-160 |
| § | |
| WACKENHUT, INC., ET AL. § | |

TYPE OF CASE:    __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**SEPTEMBER 9, 1999 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JULY 30, 1999

TO:    MR. J. ARNOLD AGUILAR
       MR. BALDEMAR ESPINOSA, JR.
       MS. LINDA M. KEARNEY