United States District Court
Southern District of Texas
FILED

SEP 0 9 1999

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

CIVIL ACTION NO. B-96-160       DATE & TIME:   09-09-99 AT 1:30 P.M.

BALDEMAR ESPINOSA, JR.          PLAINTIFF(S)   J. ARNOLD AGUILAR
                                COUNSEL

VS.

WACKENHUT, INC., ET AL.         DEFENDANT(S)   LINDA M. KEARNEY
                                COUNSEL

---

Attorneys Arnold Aguilar and Linda Kearney appeared in chambers for a status conference.

Scheduling dates were set.