29

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 14 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BALDEMAR ESPINOSA, JR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-160 |
| | § | |
| WACKENHUT, INC., ET AL. | § | |

### ORDER

On this day came on to be considered the **scheduling order** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) Defendants are to file Motion for Summary Judgment on or before **February 18, 2000.** Plaintiff is to file Response on or before **March 20, 2000.**

(2) All discovery in this case must be completed by **August 18, 2000.** If additional time is required, a motion requesting such extension must be filed no later than **August 4, 2000.** Failure to file such motion shall preclude further discovery.

(3) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(4) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **September 15, 2000.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(5) A final pretrial and settlement conference is set for **September 15, 2000 at 1:30 P.M.** before Magistrate Judge John Wm. Black.

(6) Final Pretrial is set for **October 5, 2000 at 8:30 A.M.** before Judge Filemon B. Vela. Jury selection is set for **October 6, 2000 at 8:30 A.M.** before Judge Filemon B. Vela.

(7) Trial on the merits is set for **October 2000 at 9:00 A.M.** before Judge Filemon B. Vela.

DONE at Brownsville, Texas, on this 9th day of September 1999.

_____
John Wm. Black
United States Magistrate Judge