DEPUTY CLERK
U.S.D.C. (BROWNSVILLE DIVISION)
105 FEDERAL BLDG.
500 E. TENTH STREET
BROWNSVILLE, TEXAS 78520

United States District Court
Southern District of Texas
RECEIVED
FEB 22 2000
Michael N. Milby, Clerk of Court

31

FEB. 16, 2000

RE: CIVIL ACTION NO: B-96-160, BALDEMAR ESPINOSA, J.R. V. WACKENHUT INC. CORP., ET. AL.

CHANGE OF ADDRESS

DEPUTY CLERK,

THIS LETTER IS TO INFORM THIS COURT OF MY TEMPORARY CHANGE OF ADDRESS IN ACCORDANCE TO DISTRICT COURT RULES. MY PRESENT ADDRESS IS: BYRD UNIT/ D.U.-8, P.O. BOX 100, HUNTSVILLE, TEXAS 77342. MY SCHEDULED MANDATORY SUPERVISION RELEASE DATE IS SET FOR MARCH 6, 2000. CAN YOU TAKE THE NECESSARY STEPS NEEDED TO HAVE THIS INFORMATION FILED WITH THIS COURT. IF ANY CHANGES OCCURR I WILL NOTIFY YOU AS SOON AS I CAN.

THANK YOU FOR YOUR ASSISTANCE.

RESPECTFULLY,
Baldemar Espinosa Jr.

BALDEMAR ESPINOSA J.R.
#576926