32

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

FEB 2 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BALDEMAR ESPINOSA, JR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-160 |
| | § | |
| WACKENHUT, INC., ET AL. | § | |

TYPE OF CASE:  __X__ CIVIL        ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON ALL PENDING MOTIONS**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**APRIL 10, 2000 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE: FEBRUARY 24, 2000

TO:   MR. J. ARNOLD AGUILAR
      MR. BALDEMAR ESPINOSA, JR
      MS. LINDA M. KEARNEY