35

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 3 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BALDEMAR ESPINOSA, JR.<br>Plaintiff | § § § | |
| VS. | § § | |
| WACKENHUT, INC., CORP.,<br>WARDEN TONY PEREZ,<br>ASST. WARDEN RODRIGUEZ,<br>ASST., WARDEN MARMALEJO,<br>MEDICAL DEPARTMENT OFFICIAL,<br>AND UNIT CLASSIFICATIONS<br>OFFICIAL, ET AL<br>Defendants | § § § § § § § § | CIVIL ACTION B-96-160 |

## ORDER

BE IT REMEMBERED that on this day came on to be heard the parties' request for Continuance in the above captioned and referenced cause. The Court, having considered the request, is of the opinion that said request is meritorious and should be granted.

IT IS THEREFORE ORDERED that the October, 2000 trial setting is hereby continued until March, 2001.

IT IS FURTHER ORDERED that all deadlines set forth in the Scheduling Order entered September 14, 1999 are continued.

SIGNED this 2ND day of MAY, 2000.

_____
JOHN WILLIAM BLACK
UNITED STATES MAGISTRATE JUDGE

AGREED AS TO FORM & SUBSTANCE

**LAW OFFICE OF J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
(956) 504-1100
(956) 504-1408 (Fax)

By: _____
J. Arnold Aguilar
Federal I.D. No. 6822

ATTORNEY FOR PLAINTIFF,
BALDEMAR ESPINOSA, JR.

**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
One Shoreline Plaza, Suite 800
P. O. Box 2968
Corpus Christi, Texas 78403-2968
Telephone: (512) 880-5808
Facsimile: (512) 880-5844

By: _____
Linda M. Kearney
Federal I.D. No. 18425
State Bar No. 00787811

ATTORNEYS FOR DEFENDANTS
WACKENHUT CORRECTIONS
CORPORATION, WARDEN TONY PEREZ,
ASST. WARDEN RAMON RODRIGUEZ,
and ASST. WARDEN CHARLES MARMALEJO

Motion to Dismiss and/or Motion for Summary Judgment
with Brief in Support
- Page 2