IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**JUN 3 0 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BALDEMAR ESPINOSA, JR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| WACKENHUT INC. CORP., WARDEN | § | B - 96 - 160 |
| TONY PEREZ, ASST. WARDEN | § | |
| RODRIGUES, ASST. WARDEN | § | |
| MARMALEJO, MEDICAL DEPARTMENT | § | |
| OFFICIALS and UNIT CLASSIFICATIONS | § | |
| OFFICIALS | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO LATE FILE PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

Be it remembered that came on to be considered the **Plaintiff's Unopposed Motion for Leave to Late File Plaintiff's Response to Defendants' Motion for Summary Judgment** and the Court being of the opinion that said Motion should be and hereby is GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Unopposed Motion for Leave to Late File Plaintiff's Response to Defendant's Motion for Summary Judgment is hereby GRANTED and the Clerk is hereby directed to file Plaintiff's Response to Defendant's Motion for Summary Judgment.

Signed this the 10th day of APRIL_____, 2000.

_____
U.S. MAGISTRATE JUDGE