MICHAEL N. MILBY
CLERK, U.S.D.C.
BROWNSVILLE DIVISION
600 EAST HARRISON
BROWNSVILLE, TEXAS 78520

United States District Court
Southern District of Texas
RECEIVED
FEB 27 2001
Michael N. Milby, Clerk

FEB. 22, 2001

United States District Court
Southern District of Texas
FILED
FEB 27 2001
Michael N. Milby
Clerk of Court

37

RE: CIVIL ACTION NO. B-96-160
BALDEMAR ESPINOSA, J.R. VS. WACKENHUT INC., et. al.
U.S.D.C. - BROWNSVILLE DIVISION

DISTRICT COURT CLERK,

   I WOULD LIKE TO INFORM THE COURT OF MY CHANGE OF ADDRESS. I AM NO LONGER HOUSED AT THE GARZA WEST UNIT IN BEEVILLE BUT AM IN ROUTE TO MY NEW UNIT OF ASSIGNMENT WHICH IS THE ALRED UNIT, 2101 FM 369 NORTH, IOWA PARK, TEXAS 76367, phone number (940) 855-7477.

   I WILL ONLY BE HERE IN ABILENE UNTIL MONDAY FEBUARY 25, 2001 AND BE RE-LOCATED TO THE ALRED UNIT.

   CAN YOU PLEASE TAKE THE NESSECARY STEPS NEEDED TO INFORM THIS HONORABLE COURT OF THIS CHANGE OF ADDRESS.

   YOUR TIME AND ATTENTION TO THIS MATTER WOULD VERY MUCH BE