38

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### ORDER

United States District Court
Southern District of Texas
ENTERED

MAY 1 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| BALDEMAR ESPINOSA, JR. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-96-160 |
| § | |
| WACKENHUT, INC., ET AL. § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JUNE 14, 2001 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MAY 9, 2001

TO:     MR. J. ARNOLD AGUILAR
        MS. LINDA M. KEARNEY