39

THE HONORABLE JOHN WM. BLACK

TELEPHONIC STATUS CONFERENCE

United States District Court
Southern District of Texas
ENTERED

JUN 1 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

CIVIL ACTION NO. B-96-160            DATE & TIME: 06-14-01 AT 2:00 P.M.

BALDEMAR ESPINOSA, JR.               PLAINTIFF(S)  J. ARNOLD AGUILAR
                                     COUNSEL

VS.

WACKENHUT, INC., ET AL.              DEFENDANT(S)  LINDA M. KEARNEY
                                     COUNSEL

-------------------------------------------------------------------------------

Attorney Arnold Aguilar appeared in chambers, attorney Linda Kearney appeared telephonically.

Case will be mediated mid-August.