United States District Court
Southern District of Texas
FILED

JUL 0 5 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BALDEMAR ESPINOSA, JR. | § § § | |
| VS. | § § | CIVIL ACTION NO. |
| WACKENHUT INC. CORP., WARDEN TONY PEREZ, ASST. WARDEN RODRIGUES, ASST. WARDEN MARMALEJO, MEDICAL DEPARTMENT OFFICIALS and UNIT CLASSIFICATIONS OFFICIALS | § § § § § § | B - 96 - 160 |

## APPLICATION FOR WRIT OF HABEAS CORPUS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Petitioner BALDEMAR ESPINOSA, TDC #1007848, by and through his court appointed attorney, J. Arnold Aguilar, and would show to the Court that he is presently confined in the Allred Unit in Iowa Park, Texas, although this action is presently pending in the Southern District of Texas, Brownsville Division. This lawsuit was filed because of the prison conditions imposed on Plaintiff while he was detained at the Defendant's facility, in Raymondville, Texas. The Allred Unit in Iowa Park is approximately 621 miles from this Court in Brownsville, Texas. This Court has scheduled mediation to take place at the United States District Courthouse in Brownsville, Texas, on August 6, 2001 beginning at 9:30 a.m. Plaintiff would now request to be released into the custody of the United States Marshal for the Southern District of Texas, and that he be transported to Brownsville, Texas, in order that he may meet with court appointed counsel and participate in mediation. Once mediation has been completed, and Petitioner has been duly discharged by the Court, he may be returned under safe and secure

conduct to the custody of the Texas Department of Corrections, Allred Unit, where he is now duly committed by law.

WHEREFORE, PREMISES CONSIDERED, Petitioner BALDEMAR ESPINOSA prays that the Court issue a Writ of Habeas Corpus, directing the United States Marshal to produce the body of Baldemar Espinosa before this Court and his counsel, on or before August 6, 2001.

Signed on this 3rd day of July, 2001.

Respectfully submitted,

**LAW OFFICE
J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone : (956) 504-1100
Facsimile  : (956) 504-1408

By: _____
J. Arnold Aguilar
Federal Adm. No. 6822
STATE BAR No. 00936270

Attorney for Plaintiff,
BALDEMAR ESPINOSA