IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BALDEMAR ESPINOSA, JR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| WACKENHUT INC. CORP., WARDEN | § | B - 96 - 160 |
| TONY PEREZ, ASST. WARDEN | § | |
| RODRIGUES, ASST. WARDEN | § | |
| MARMALEJO, MEDICAL DEPARTMENT | § | |
| OFFICIALS and UNIT CLASSIFICATIONS | § | |
| OFFICIALS | § | |

United States District ...
Southern District of Texas
ENTERED
AUG 0 1 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER GRANTING APPLICATION FOR
## WRIT OF HABEAS CORPUS

On the 31 day of JULY, 2001, this cause came for hearing on Plaintiff's Application for Writ of Habeas Corpus.

After having reviewed the argument of counsel thereon, the Court is of the opinion that Plaintiff's Application should be GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiff's Application for Writ of Habeas Corpus is GRANTED, and the United States Marshal and the Texas Department of Corrections are hereby ordered to produce Baldemar Espinoza, Jr. before the United States District Court for the Southern District of Texas, Brownsville Division at Brownsville, Texas, on the 6th day of August, 2001, at 9:00 o'clock a.m.

ENTERED on this the 31S day of JULY, 2001.

_____
U.S. MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
RECEIVED

JUL 0 5 2001

Michael N. Milby, Clerk

| | | |
|---|---|---|
| BALDEMAR ESPINOSA, JR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| WACKENHUT INC. CORP., WARDEN | § | B - 96 - 160 |
| TONY PEREZ, ASST. WARDEN | § | |
| RODRIGUES, ASST. WARDEN | § | |
| MARMALEJO, MEDICAL DEPARTMENT | § | |
| OFFICIALS and UNIT CLASSIFICATIONS | § | |
| OFFICIALS | § | |

# WRIT OF HABEAS CORPUS

TO:    Texas Department of Corrections
        Robert Treon, Warden, Allred Unit,
        2101 FM 369 North
        Iowa Park, Texas 76367

TO:    United States marshal, Southern District of Texas,
        Or any other authorized United States Marshal

**GREETINGS:**

We command that you have the body of BALDEMAR ESPINOSA, TDC #1007848, now duly committed to the custody of the Texas Department of Corrections, under safe and secure conduct before the United States District Court for the Southern District of Texas, Brownsville Division, at Brownsville, Texas, on the 6th day of August, 2001, at 9:00 o'clock a.m., there and at that time to meet and confer with the Court and his court appointed counsel in the case of Baldemar Espinosa, Jr. vs. Wackenhut, Inc. Corp., et al., Civil Action No. B-96-160, and after having so met and conferred with counsel and having been duly discharged by

v:\sc\pleading\97-108.wrt                                                                                                  Page 1 of 2

the Court, to return the said Baldemar Espinosa, Jr., to the custody of the Texas Department of Corrections, under safe and secure conduct, have you then and there this Writ.

WITNESS the Honorable  John Wm. Black  , United States Magistrate Judge, United States District Court for the Southern District of Texas, and the seal of the said Court at the City of Brownsville, Texas, on this  31st  day of  July , 2001.

                MICHAEL N. MILBY, CLERK
                United States District Court
                Southern District of Texas

                _L.M. Villarreal_
                (Deputy)