

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BALDEMAR ESPINOSA, JR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. AUG 0 8 2001 |
| | § | |
| WACKENHUT INC. CORP., WARDEN | § | B - 96 - 160 |
| TONY PEREZ, ASST. WARDEN | § | |
| RODRIGUES, ASST. WARDEN | § | |
| MARMALEJO, MEDICAL DEPARTMENT | § | |
| OFFICIALS and UNIT CLASSIFICATIONS | § | |
| OFFICIALS | § | |

## ORDER GRANTING APPLICATION FOR AMENDED WRIT OF HABEAS CORPUS

On the 7TH day of AUGUST, 2001, this cause came for hearing on Plaintiff's Amended Application for Writ of Habeas Corpus.

After having reviewed the argument of counsel thereon, the Court is of the opinion that Plaintiff's Amended Application should be GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiff's Amended Application for Writ of Habeas Corpus is GRANTED, and the United States Marshal and the Texas Department of Corrections are hereby ordered to produce Baldemar Espinoza, Jr. before the United States District Court for the Southern District of Texas, Brownsville Division at Brownsville, Texas, on the 20th day of August, 2001, at 9:00 o'clock a.m.

ENTERED on this the 7TH day of AUGUST, 2001.

_____
U.S. MAGISTRATE JUDGE