43

United States District Court
Southern District of Texas
FILED

AUG 2 0 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

MEDIATION MINUTES

CIVIL ACTION NO. __B-96-160_____   DATE & TIME: ____08-20-01 AT 9:00 A.M._____

BALDEMAR ESPINOSA, JR._____   PLAINTIFF(S) ____J. ARNOLD AGUILAR_____
                                   COUNSEL

VS.

WACKENHUT, INC., ET AL._____   DEFENDANT(S) ____LINDA M. KEARNEY_____
                                    COUNSEL

-----------------------------------------------------------------------------------------------

    Attorneys Arnold Aguilar and Linda Kearney appeared for mediation. Plaintiff Baldemar Espinosa, Jr. appeared.

    This case has been settled. Settlement documents will be presented to attorney for Plaintiff within 30 days.

    Plaintiff agrees that settlement terms will be kept confidential.