44

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

AUG 22 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| BALDEMAR ESPINOSA, JR. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-96-160 |
| § | |
| WACKENHUT, INC., ET AL. § | |

TYPE OF CASE:    __X__ CIVIL              ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
**(WILL NOT BE NECESSARY IF SETTLEMENT DOCUMENTS HAVE BEEN FILED)**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**SEPTEMBER 20, 2001 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   AUGUST 21, 2001

TO:    MR. J. ARNOLD AGUILAR
       MS. LINDA M. KEARNEY