45

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

SEP 2 1 2001

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-96-160          DATE & TIME:    09-20-01 AT 1:30 P.M.

BALDEMAR ESPINOSA, JR.             PLAINTIFF(S)    J. ARNOLD AGUILAR
                                   COUNSEL

VS.

WACKENHUT, INC., ET AL.            DEFENDANT(S)    LINDA M. KEARNEY
                                   COUNSEL

---

Attorney Arnold Aguilar appeared in chambers and attorney Linda Kearney appeared telephonically.

Status conference will be reset.