46

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

SEP 21 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BALDEMAR ESPINOSA, JR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-160 |
| | § | |
| WACKENHUT, INC., ET AL. | § | |

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
**(WILL NOT BE NECESSARY IF SETTLEMENT DOCUMENTS HAVE BEEN FILED)**

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

OCTOBER 22, 2001 AT 1:30 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 20, 2001

TO:     MR. J. ARNOLD AGUILAR
        MS. LINDA M. KEARNEY