IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 2 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BALDEMAR ESPINOSA, JR. § | |
| Plaintiff § | |
| § | |
| VS. § | |
| § | |
| WACKENHUT, INC., CORP., § | CIVIL ACTION B-96-160 |
| WARDEN TONY PEREZ, § | |
| ASST. WARDEN RODRIGUEZ, § | |
| ASST., WARDEN MARMALEJO, § | |
| MEDICAL DEPARTMENT OFFICIAL, § | |
| AND UNIT CLASSIFICATIONS OFFICIAL, § | |
| ET AL | |
| Defendants | |

## MOTION TO DISMISS WITH PREJUDICE AND
## REQUEST FOR ENTRY OF FINAL JUDGMENT

NOW COMES, Plaintiff, Baldemar Espinosa, Jr., and files this Motion to Dismiss with Prejudice on the grounds that Plaintiff no longer desires to pursue this lawsuit against Defendants.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Baldemar Espinosa, Jr., respectfully prays that this Motion to Dismiss with Prejudice be in all respects granted and this cause be dismissed with prejudice and Final Judgment entered.

Respectfully submitted,

By: _____
J. Arnold Aguilar
Federal ID 6822
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville Texas 78520
(956) 504-1100
(956) 504-1408 (Fax)

ATTORNEY FOR PLAINTIFF,
BALDEMAR ESPINOSA, JR.

OF COUNSEL
**Law Office of J. Arnold Aguilar**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville Texas 78520
(956) 504-1100
(956) 504-1408 (Fax)


AGREED

_____
Linda M. Kearney
Federal I.D. No. 18425
State Bar No. 00787811

One Shoreline Plaza
P. O. Box 2968
Corpus Christi, TX 78403-2968
(361) 880-5835 - Office
(361) 880-5844 - Fax

ATTORNEYS FOR DEFENDANTS
WACKENHUT CORRECTIONS
CORPORATION, WARDEN TONY PEREZ,
ASST. WARDEN RAMON RODRIGUEZ,
and ASST. WARDEN CHARLES MARMALEJO

OF COUNSEL:
**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
One Shoreline Plaza, Suite 800
P. O. Box 2968
Corpus Christi, Texas 78403-2968
Telephone: (361) 880-5808
Facsimile: (361) 880-5844

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BALDEMAR ESPINOSA, JR. | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| WACKENHUT, INC., CORP., | § | CIVIL ACTION B-96-160 |
| WARDEN TONY PEREZ, | § | |
| ASST. WARDEN RODRIGUEZ, | § | |
| ASST., WARDEN MARMALEJO, | § | |
| MEDICAL DEPARTMENT OFFICIAL, | § | |
| AND UNIT CLASSIFICATIONS OFFICIALS, | § | |
| ET AL | | |
|     Defendants | | |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause in accordance with Rule 5(d), Federal Rules of Civil Procedure, on the 2nd day of October, 2001.

_____
J. Arnold Aguilar

S:\Wackenhut Corporation\Espinosa, B\Documents\mtn-dismiss2.wpd