48

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BALDEMAR ESPINOSA, JR. | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| WACKENHUT, INC., CORP., | § | CIVIL ACTION B-96-160 |
| WARDEN TONY PEREZ, | § | |
| ASST. WARDEN RODRIGUEZ, | § | |
| ASST., WARDEN MARMALEJO, | § | |
| MEDICAL DEPARTMENT OFFICIAL, | § | |
| AND UNIT CLASSIFICATIONS OFFICIALS, | | |
| ET AL | | |
| Defendants | | |

### STIPULATION OF DISMISSAL

Plaintiff and Defendants file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(1)(ii).

1. Baldemar Espinosa, Jr. is Plaintiff. Wackenhut Corrections Corporation, Warden Tony Perez, Asst. Warden Ramon Rodriguez, and Asst. Warden Charles Marmalejo are Defendants.

2. Plaintiff sued Defendants on September 13, 1996 in federal court.

3. Plaintiff moves to dismiss the suit.

4. Defendants agree to the dismissal.

5. This case is not a class action, and a receiver has not been appointed.

6. This action is not governed by any statute of the United States that requires an order of the court for dismissal of the case.

7. Plaintiff has not dismissed an action based on or including the same claim or claims as those presented in the suit.

8. This dismissal is with prejudice.

Respectfully submitted,

By: _____
J. Arnold Aguilar
Federal ID 6822
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville Texas 78520
(956) 504-1100
(956) 504-1408 (Fax)

ATTORNEY FOR PLAINTIFF,
BALDEMAR ESPINOSA, JR.

OF COUNSEL

**Law Office of J. Arnold Aguilar**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville Texas 78520
(956) 504-1100
(956) 504-1408 (Fax)

By: _____
Linda M. Kearney
Federal I.D. No. 18425
State Bar No. 00787811

One Shoreline Plaza
P. O. Box 2968
Corpus Christi, TX 78403-2968
(361) 880-5835 - Office
(361) 880-5844 - Fax

ATTORNEYS FOR DEFENDANTS
WACKENHUT CORRECTIONS
CORPORATION, WARDEN TONY PEREZ,
ASST. WARDEN RAMON RODRIGUEZ,
and ASST. WARDEN CHARLES MARMALEJO

Stipulation of Dismissal - Page 2

OF COUNSEL:

**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
One Shoreline Plaza, Suite 800
P. O. Box 2968
Corpus Christi, Texas 78403-2968
Telephone: (361) 880-5808
Facsimile: (361) 880-5844

Stipulation of Dismissal - Page 3

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing instrument was served upon all counsel in accordance with Rule 21a, Tex. R. Civ. P., on this the 2nd day of October, 2001.

_____
J. Arnold Aguilar

S:\Wackenhut Corporation\Espinosa, B\Documents\STIPULAT.DIS

Stipulation of Dismissal - Page 4