IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BALDEMAR ESPINOSA, JR. §<br>　　　　Plaintiff　　　　　　§<br>　　　　　　　　　　　　　§<br>VS.　　　　　　　　　　　§<br>　　　　　　　　　　　　　§<br>WACKENHUT, INC., CORP., §<br>WARDEN TONY PEREZ,　　　§<br>ASST. WARDEN RODRIGUEZ, §<br>ASST., WARDEN MARMALEJO, §<br>MEDICAL DEPARTMENT OFFICIAL, §<br>AND UNIT CLASSIFICATIONS OFFICIALS, §<br>　　　　Defendants | CIVIL ACTION B-96-160 |

## ORDER OF DISMISSAL AND FINAL JUDGMENT

ON THIS DAY the Plaintiff, Baldemar Espinosa, Jr., filed with the Court a Motion to Dismiss with Prejudice and a Stipulation of Dismissal as signed and agreed to by the parties herein, agreeing to dismiss his claims in the above-entitled cause with prejudice. And the Court, having considered the Motion and the Stipulation, is of the opinion that the case should be dismissed with prejudice.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendants in the above-entitled and numbered cause are hereby dismissed with prejudice.

In accordance with the Motion to Dismiss with Prejudice and the Stipulation of Dismissal and the Court's Order of Dismissal, the Court enters final judgment dismissing this action.

IT IS FURTHER ORDERED that the parties shall each bear their own costs of court.

SIGNED this __3rd__ day of __October__, 2001.

_____
U.S. District Judge